**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

DENA MARIE COOK,
an individual,

      Case No.: 1:24-cv-00212-AW-ZCB

    Plaintiff,

v.

RESIDENT VERIFY, LLC,
a limited liability company,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT RESIDENT VERIFY, LLC**

**COMES NOW**, Plaintiff, DENA MARIE COOK ("Plaintiff"), by and through

the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant,

RESIDENT VERIFY, LLC have reached a conditional settlement in this action.

Upon full compliance with the terms of such settlement, Plaintiff and Resident Verify,

LLC will request that this matter be dismissed with prejudice.

Dated: May 28, 2025

      Respectfully submitted,

      **SWIFT LAW PLLC**
      /s/ *Jon P. Dubbeld*
      **Jon P. Dubbeld, Esq., FBN 105869**
      **Aaron M. Swift, Esq., FBN 0093088**
      **Jordan T. Isringhaus, Esq., FBN 0091487**

1

**Sean E. McEleney, Esq., FBN 125561**
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
jdubbeld@swift-law.com
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2025, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff

2