**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**DENA MARIE COOK,**

    **Plaintiff,**

**v.**                                      **Case No. 1:24-cv-212-AW-ZCB**

**RESIDENT VERIFY, LLC,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Based on the notice of settlement (ECF No. 16) and the court's earlier order (ECF No. 17)—to which there has been no response—the case is now dismissed. The clerk will enter a judgment that says, "Based on the parties' settlement, the case is dismissed." The clerk will then close the file.

SO ORDERED on June 13, 2025.

s/ *Allen Winsor*_____
United States District Judge